JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
JAMES COOK, Esq., SBN 300212
**Burris, Nisenbaum, Curry & Lacy, LLP**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@bncllaw.com
Ben.Nisenbaum@bncllaw.com
James.Cook@bncllaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DWAYNE ROBINSON, JR., individually, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal corporation, et al.<br><br>Defendants. | CASE NO.:  3:23-cv-03773-SI<br><br>**SUMMONS RETURNED EXECUTED** |

| Attorney or Party without Attorney:<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621 | | For Court Use Only |
|---|---|---|
| *Telephone No:* 510-839-5200 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Robinson v. City of Antioch | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|
| *Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.<br>*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served:     CITY OF ANTIOCH, a municipal corporation
   b. Person served:   AMANDA NELSON, RECORDS SUPERVISOR , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   300 L St , ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)            d. *The Fee* for Service was:   239.96
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)                                                                                         (Signature)



PROOF OF SERVICE

9417217
(6018327)

| Attorney or Party without Attorney:<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-839-5200 | | |
| Attorney For: Plaintiff | Ref. No. or File No.:<br>Robinson v. City of Antioch | |

| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: TERRY DWAYNE ROBINSON, JR., individually; et al. |
|---|
| Defendant: CITY OF ANTIOCH, a municipal corporation; et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served: LOREN BLEDSOE, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH
   b. Person served: Amanda Nelson, Records Supervisor, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111
   
   d. **The Fee** for Service was: 80.90

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/28/2023
(Date)                    (Signature)



PROOF OF SERVICE

9417257
(6018332)

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>  *Telephone No:* 510-839-5200<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Robinson v. City of Antioch | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.
*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3.  a.  Party served:   JOSH EVANS, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH
    b.  Person served:   Amanda Nelson, Records Supervisor , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)               d. **The Fee** for Service was:   80.90
   **b. FIRST LEGAL**
     200 WEBSTER STREET, SUITE 201
     OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

        08/28/2023
         (Date)                                (Signature)



PROOF OF SERVICE                                            9417280
                                                           (6018335)

| Attorney or Party without Attorney:<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>  Telephone No: 510-839-5200<br>  Attorney For: Plaintiff | *Ref. No. or File No.:*<br>Robinson v. City of Antioch | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|

| *Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.<br>*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al. |
|---|

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served:     KYLE HILL, individually and in his official capacity as a police officer for the CITY OF ANTIOCH
   b. Person served:    Amanda Nelson, Records Supervisor , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)         d. **The Fee** for Service was:   80.90
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)                                                                          (Signature)



PROOF OF SERVICE

9417309
(6018340)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>    *Telephone No:* 510-839-5200<br>    *Attorney For:* Plaintiff     *Ref. No. or File No.:* Robinson v. City of Antioch | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.
*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served: ROBERT GERBER, individually and in his official capacity as a police officer for the CITY OF ANTIOCH
   b. Person served: Amanda Nelson, Records Supervisor , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)      d. **The Fee** for Service was: 80.90
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)                     (Signature)



PROOF OF SERVICE

9417293
(6018337)

| Attorney or Party without Attorney:<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-839-5200 | | |
| Attorney For: Plaintiff | Ref. No. or File No.:<br>Robinson v. City of Antioch | |

| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: TERRY DWAYNE ROBINSON, JR., individually; et al. |
| Defendant: CITY OF ANTIOCH, a municipal corporation; et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served:   TOM LENDERMAN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH
   b. Person served: Amanda Nelson, Records Supervisor , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was:   80.90

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)                                                                 (Signature)



PROOF OF SERVICE

9417316
(6018344)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>　*Telephone No:* 510-839-5200<br>　*Attorney For:* Plaintiff　*Ref. No. or File No.:* Robinson v. City of Antioch | **For Court Use Only** |

| | |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:*　TERRY DWAYNE ROBINSON, JR., individually; et al.<br>*Defendant:*　CITY OF ANTIOCH, a municipal corporation; et al. | |
| **PROOF OF SERVICE**　Hearing Date:　Time:　Dept/Div: | Case Number:<br>3:23-cv-03773-SI |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a.　Party served:　TONY MOREFIELD, individually and in his official capacity as interim police chief for the CITY OF ANTIOCH
　b.　Person served:　Amanda Nelson, Records Supervisor , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:　300 L STREET, ANTIOCH, CA 94509

5. I served the party:
　a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
　a. Allan Mendieta (2011-0001018, San Francisco)　　　d. *The Fee* for Service was:　80.90
　**b. FIRST LEGAL**
　　200 WEBSTER STREET, SUITE 201
　　OAKLAND, CA 94607
　c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)　　　　(Signature)



PROOF OF SERVICE

9417333
(6018342)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>  *Telephone No:* 510-839-5200<br>  *Attorney For:* Plaintiff | **For Court Use Only** |

| | |
|---|---|
| *Ref. No. or File No.:* Robinson v. City of Antioch | |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.
*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served:     MORTEZA AMIRI, individually and in his official capacity as a police officer for the CITY OF ANTIOCH
   b. Person served:   Amanda Nelson, Records Supervisor , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)           d. *The Fee* for Service was:   80.90
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)                                                                                 (Signature)



PROOF OF SERVICE

9417243
(6018328)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>  *Telephone No:* 510-839-5200<br><br>  *Attorney For:* Plaintiff   *Ref. No. or File No.:* Robinson v. City of Antioch | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.
*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served: CALVIN PRIETO, individually and in his official capacity as a police officer for the CITY OF ANTIOCH
   b. Person served: Amanda Nelson, Records Supervisor, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)    d. *The Fee* for Service was: 80.90
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)                                                      (Signature)



PROOF OF SERVICE

9417348
(6018346)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>*Telephone No:* 510-839-5200<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* Robinson v. City of Antioch | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.
*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al.

**PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 3:23-cv-03773-SI

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served: JOHN RAMIREZ, individually and in his official capacity as a police officer for the CITY OF ANTIOCH
   b. Person served: Amanda Nelson, Records Supervisor, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)      d. **The Fee** for Service was: 80.90
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)                                                                 (Signature)



PROOF OF SERVICE

9417358
(6018348)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>   *Telephone No:* 510-839-5200<br><br>   *Attorney For:* Plaintiff    *Ref. No. or File No.:* Robinson v. City of Antioch | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.
*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 3:23-cv-03773-SI |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served: ANDREA RODRIGUEZ, individually and in her official capacity as a police officer for the CITY OF ANTIOCH
   b. Person served: Amanda Nelson, Records Supervisor, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)     d. **The Fee** for Service was: 80.90
   b. FIRST LEGAL
     200 WEBSTER STREET, SUITE 201
     OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)     (Signature)



PROOF OF SERVICE     9417366
(6018353)

| Attorney or Party without Attorney:<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>  *Telephone No:* 510-839-5200<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Robinson v. City of Antioch | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.
*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a.  Party served:     ERIC ROMBOUGH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH
   b.  Person served:   Amanda Nelson, Records Supervisor , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)        d. **The Fee** for Service was:  80.90
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)                                                                                  (Signature)



PROOF OF SERVICE

9417360
(6018349)

| Attorney or Party without Attorney:<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>Telephone No: 510-839-5200<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>Robinson v. City of Antioch | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.
*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served: SCOTT DUGGAR, individually and in his official capacity as a police officer for the CITY OF ANTIOCH
   b. Person served: Amanda Nelson, Records Supervisor, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)           d. *The Fee* for Service was: 80.90
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

08/28/2023
(Date)                                                     (Signature)



PROOF OF SERVICE

9417270
(6018331)

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>JOHN L. BURRIS (SBN 69888)<br>BURRIS, NISENBAUM, CURRY & LACY<br>7677 OAKPORT STREET SUITE 1120<br>OAKLAND, CA 94621<br>*Telephone No:* 510-839-5200<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Robinson v. City of Antioch | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TERRY DWAYNE ROBINSON, JR., individually; et al.
*Defendant:* CITY OF ANTIOCH, a municipal corporation; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03773-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT

3. a. Party served:    THOMAS SMITH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH
   b. Person served:  Amanda Nelson, Records Supervisor , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   300 L STREET, ANTIOCH, CA 94509

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 24 2023 (2) at: 04:50 PM

6. **Person Who Served Papers:**
   a. Allan Mendieta (2011-0001018, San Francisco)         d. **The Fee** for Service was:  80.90
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/28/2023
(Date)                                                                                            (Signature)



PROOF OF SERVICE

9417372
(6018352)